UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCENTIUM CAPITAL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>IMMEDIATE TRANSPORT SYSTEMS INC., a New York corporation, and IVELISSE CARABALLO, individually,<br><br>Defendants. | Case No.: 23-cv-01597 (NRB)<br><br>**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

*ENDORSEMENT: The parties should submit a status report within thirty (30) days. Naomi Reice Buchwald, USDJ 4/18/23*

Plaintiff Ascentium Capital LLC and Defendants Immediate Transport Systems Inc. and Ivelisse Caraballo (collectively, "Parties") jointly move this Court to continue the initial case management conference currently scheduled for April 24, 2023 (Dkt. 14).

In support of this Motion, the Parties are currently in discussions regarding a potential resolution and believe that additional time to continue those discussions would be beneficial. The Parties have conferred and are available on the following dates: June 2, June 6, or the afternoon of June 7.[1] No prior requests for an adjournment have been made. For the foregoing reasons, the Parties respectfully request that the Court continue the initial case management conference to one of the aforementioned dates.

---

[1] In the event the Court is unavailable on those three dates, the Parties will confer and propose additional dates as needed.

Dated: April 17, 2023 Respectfully submitted,

/s/Margaret M. Siller
Margaret M. Siller
MAYNARD NEXSEN, P.C.
1201 Villa Place, Suite 103
Nashville, TN 37212
T: 629.258.2253
F: 629.258.2251
msiller@maynardnexsen.com

*Counsel for Plaintiff Ascentium Capital LLC*

/s/ Robert N. Swetnick
Robert N. Swetnick
DUNNINGTON, BARTHOLOW & MILLER LLP
230 Park Avenue, 21st Floor
New York, New York 10169
T: 212.349.2800
rswetnick@dunnington.com

*Counsel for Defendants Immediate Transport Systems Inc. and Ivelisse Caraballo*