```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
ASCENTIUM CAPITAL LLC,

                Plaintiff,                     O R D E R

           - against -                         23 Civ. 1597 (NRB)

IMMEDIATE TRANSPORT SYSTEMS INC. AND
IVELISSE CARABALLO,

                Defendant.
---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHERAS** Dunnington, Bartholow & Miller LLP filed a motion to withdraw as counsel for defendant; and

**WHEREAS** no party objected; and

**WHEREAS** the Court granted the application to withdraw as counsel on July 6, 2023; and

**WHEREAS** corporate parties may not proceed pro se and must be represented by an attorney, and failure to appear by counsel may result in the entry of a default judgment or dismissal of claims presented, see Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983); it is hereby

**ORDERED** that corporate defendant Immediate Transport Systems Inc. has 30 days to retain new counsel and that failure to do so will result in the entry of a default judgment against Immediate Transport Inc.; it is further

2

**ORDERED** prior counsel for the defendants is directed to serve defendants with this order.

DATED:  New York, New York
        July 20, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of this order has been mailed to the defendants at 580 Academy Street #45, New York, NY 10034.