UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ASCENTIUM CAPITAL LLC, a Delaware limited liability company, | ) ) ) ) | Case No.: 23-cv-01597 (NRB) |
| Plaintiff, | ) ) | |
| v. | ) ) | [PROPOSED] ORDER TO SUBSTITUTE |
| IMMEDIATE TRANSPORT SYSTEMS INC., a New York corporation, and IVELISSE CARABALLO, individually, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon consideration of Regions Bank's Motion to Substitute under Rule 25(c) of the Federal Rules of Civil Procedure; the Memorandum in Support; the Declaration of Margaret M. Siller and exhibits attached thereto; and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED,** and **DECREED** that:

1. Regions Bank, an Alabama state-chartered bank, is hereby substituted for Plaintiff Ascentium Capital LLC as the party in the above-captioned civil action.

2. The case caption shall hereafter be amended to identify Regions Bank as the plaintiff, effective upon entry of this order.

3. The Clerk of Court is authorized and directed to update the case docket accordingly.

Dated: July 21, 2023, New York

By: *[signature]*
Hon. Naomi Reice Buchwald
United States District Judge

1