UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGIONS BANK,<br><br>        Plaintiff,<br><br>v.<br><br>IMMEDIATE TRANSPORT SYSTEMS INC., a New York corporation, and IVELISSE CARABALLO, individually,<br><br>        Defendants. | Case No.: 23-cv-01597 (NRB)<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL |

Upon the Joint Motion to Dismiss of Plaintiff Regions Bank and Defendants Immediate Transport Systems Inc. and Ivelisse Caraballo to dismiss this case in light of the Settlement Agreement reached by the parties;

It is hereby ORDERED, ADJUDGED, AND DECREED that this matter is DISMISSED WITHOUT PREJUDICE, subject to retention of jurisdiction and reinstatement upon the Plaintiff's motion for the purpose of resolving any claim that Defendants materially breached any provision of the Settlement Agreement, pursuant to Section 6 of the Settlement Agreement. Each party shall bear its own costs.

Dated: New York, New York
April 1, 2024

By: _/s/ Naomi Reice Buchwald_
Hon. Naomi Reice Buchwald
United States District Judge