UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REGIONS BANK, | ) | |
| | ) | Case No.: 23-cv-01597 (NRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] ORDER |
| IMMEDIATE TRANSPORT, | ) | FOR ENTRY OF FINAL |
| SYSTEMS INC., a New York | ) | JUDGMENT AND DAMAGES |
| corporation, and IVELISSE | ) | |
| CARABALLO, individually, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on June 11, 2025, upon Plaintiff Regions Bank's ("Regions") filing of the Stipulation of Entry of Judgment and Damages Upon Default against Defendants Immediate Transport Systems Inc. ("ITS") and Ivelisse Caraballo ("Caraballo," together with ITS, "Defendants"). (ECF No. 34). Regions Bank moves this Court to enter an Order granting this Proposed Order as follows:

WHEREAS, Regions and Defendants (the "Parties") entered into and executed the Settlement Agreement, attached hereto as Exhibit A, which provided certain rights and remedies to Regions in the present litigation in the event of Defendants' failure to comply with its terms (*see* ECF No. 32-1, at ¶ 6);

WHEREAS, Regions and Defendants filed a Joint Motion to Dismiss ("Joint Motion to Dismiss") Without Prejudice due to Settlement (ECF No. 32) and attached the Settlement Agreement thereto (ECF No. 32-1);

WHEREAS, on April 1, 2024, the Court entered an Order Granting the Joint

1

Motion to Dismiss ("the Order," ECF No. 33);

WHEREAS, the Settlement Agreement provides that in the event Defendants default on their obligations under the same, "Regions Bank is entitled to recover its reasonable attorneys' fees and other costs relating to the Civil Action, and to post-judgment interest in accordance with applicable law"[1] (*see* ECF No. 32-1, at ¶ 6);

WHEREAS, the Payment Terms of the Settlement Agreement between the Parties required Defendants, jointly and severally, to pay Regions the sum of $128,000 (the "Settlement Sum") per a schedule of (a) $10,000 upon full execution of the Settlement Agreement, and (b) thereafter, twenty-nine (29) monthly payments of $4,000 and one (1) monthly payment of $2,000 (for a total of $118,000) by no later than the last day of each month (*see* Ex. A, at ¶ 4);

WHEREAS, the Notice of Default provisions of the Settlement Agreement require Regions to provide only three (3) notices of default to Defendants for defaulting under the terms of the Settlement Agreement including by failing to make payment of the Settlement Sum as and when it is due (*see id.* at ¶ 5);

WHEREAS, pursuant to the Settlement Agreement, upon the fourth and any subsequent default by Defendants, Regions is entitled to file a Stipulation for Entry of Judgment And Damages Upon Default, attached hereto as Exhibit C, in the present litigation, providing for judgment in favor of Regions and against Defendants, jointly and severally, in the total amount of One Hundred Eighteen

---

[1] The Settlement Agreement defines "Civil Action" as the "proceeding styled *Regions Bank v. Immediate Transport Systems, Inc., et al.* pending in the United States District Court for the Southern District of New York bearing Case No. 23-cv-1597." (*See* ECF No. 32-1 at p. 1).

Thousand Dollars ($118,000), less any payments received to that date by Regions pursuant to the Settlement Agreement (*see id.*, at ¶ 6);

WHEREAS, Defendants have defaulted on their obligations pursuant to the Settlement Agreement's Payment Terms (*see id.* at ¶ 4; Ex. B, Noon Decl., at ¶¶ 12, 14, 16, 18, 20);

WHEREAS, Regions has met its obligation to provide three Notices of Default to Defendants (*see* Ex. B, Noon Decl., at ¶¶ 13, 15, 17, 19, 21, 22);

WHEREAS, following Defendants' default on their obligations pursuant to the Settlement Agreement's Payment Terms, Regions filed the Stipulation for Entry of Judgment And Damages Upon Default, attached hereto as Exhibit C (*see* ECF No. 35-2; Ex. C);

WHEREAS, as of the date of the Affidavit of Jerry Noon, Regions' records indicated that Defendants had made only eleven (11) of the twenty-nine (29) required monthly payments of $4,000 and one payment of $10,000 of the Settlement Sum under the Settlement Agreement, for a total of $54,000 in payments toward the Settlement Sum of $128,000 (*see* Ex. B, Noon Decl., at ¶ 23);

WHEREAS, Defendants made an additional payment of $4,000 on June 13, 2025, for a total of $58,000 in payments towards the Settlement Sum of $128,000 (*see* Ex. D, Siller Decl., at ¶¶ 6–9);

WHEREAS, as of the date of this Order, Defendants owe Regions a balance of $70,000 of the Settlement Sum plus post-judgment interest (s*ee id.*, at ¶ 10);

WHEREAS, upon consideration of the Stipulation for Entry of Judgment And

Damages Upon Default; the Settlement Agreement; the Declaration of Jerry Noon and exhibits attached thereto; the Declaration of Margaret M. Siller and the exhibits attached thereto; and upon all prior papers and proceedings filed herein, it is hereby:

**OREDERED, ADJUDGED,** and **DECREED** that:

1. Judgment is hereby entered against Defendants Immediate Transport Systems Inc. ("ITS") and Ivelisse Caraballo ("Caraballo," together with ITS, "Defendants"), jointly and severally, in the amount of $70,000;

2. Defendants are to pay $70,000, jointly and severally, to Plaintiff Regions Bank;

3. Defendants are to pay post-judgment interest under 28 U.S.C.A. § 1961;

4. The Court shall retain jurisdiction over any matter pertaining to this judgment.

Date: New York, New York
July 10, 2025

By: _____
Hon. Naomi Reice Buchwald
United States District Judge

4

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2025, I filed the foregoing via the Court's electronic filing system which will send notice of this filing to all counsel of record who have entered an appearance, and I have served the following parties via U.S. Mail and email:

Immediate Transport Systems Inc.
580 Academy Street #45
New York, New York 10034
ivelisse.caraballo@live.com

Ivelisse Caraballo
580 Academy Street #45
New York, New York 10034
ivelisse.caraballo@live.com

*/s/Margaret M. Siller*
Margaret M. Siller
MAYNARD NEXSEN PC
1131 4th Avenue South, Suite 320
Nashville, TN 37210
T: 629.258.2253
F: 629.258.2251
msiller@maynardnexsen.com