UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGIONS BANK, | ) |
| | ) Case No.: 23-cv-01597 (NRB) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ~~[PROPOSED]~~ |
| IMMEDIATE TRANSPORT | ) ORDER GRANTING |
| SYSTEMS INC., a New York | ) PLAINTIFF REGIONS |
| corporation, and IVELISSE | ) BANK'S MOTION |
| CARABALLO, individually, | ) FOR ATTORNEYS' FEES |
| | ) |
| | ) |
| Defendants. | ) |

Upon consideration of Plaintiff Regions Bank's Motion for Attorneys' Fees; the Memorandum in Support; the Declaration of Margaret M. Siller and exhibits attached thereto; and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED,** and **DECREED** that:

1. Plaintiff Regions Bank is entitled to an award of attorneys' fees and costs relating to the above-captioned action pursuant to the Settlement Agreement;

2. Defendants Immediate Transport Systems, Inc. and Ivelisse Caraballo (collectively, "Defendants") are to pay $24,111.96 in attorneys' fees to Plaintiff Regions Bank;

3. Defendants are to pay $1,059.56 in costs to Plaintiff Regions Bank; and

4. Defendants are to pay post-judgment interest pursuant to the Settlement Agreement and 28 U.S.C. § 1961.

Date: New York, New York

September 25, 2025

By: /s/ Naomi Reice Buchwald
Hon. Naomi Reice Buchwald
United States District Judge